1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RICHARD JOSE DUPREE, JR.,                    No.  2:17-cv-0803 CKD P

12                    Plaintiff,
                                                   ORDER AND FINDINGS AND
13         v.                                      RECOMMENDATIONS

14    INTEL SATELLITE ORGANIZATION,

15                    Defendant.

16

17         By an order filed April 27, 2017, plaintiff was denied leave to proceed in forma pauperis

18    and ordered to pay the $400.00 filing fee within fourteen days.  (ECF No. 4.)  He was further

19    cautioned that failure to pay the fee would result in a recommendation that this action be

20    dismissed.  (Id.)  Fourteen days have now passed and plaintiff has not paid the filing fee or

21    otherwise responded to the court's order.

22         In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is

23    directed to assign a district judge to this case; and

24         IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

25         These findings and recommendations are submitted to the United States District Judge

26    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

27    after being served with these findings and recommendations, plaintiff may file written objections

28    with the court and serve a copy on all parties.  Such a document should be captioned "Objections

                                                   1

to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file

objections within the specified time may waive the right to appeal the District Court's order.

Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: June 13, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:dupr0803.fifp.f&r